THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| A&S SPRING VALLEY HOLDINGS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:17-cv-02841 |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND JOHN P. GAY, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants file this Agreed Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiff and Defendants have resolved their dispute and, therefore, request that this Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendants in this lawsuit, with each party to bear its own fees and costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

**WHYTE PLLC**

By: /s/ Marc K. Whyte
Marc K. Whyte
Texas Bar No. 24056526
mwhyte@whytepllc.com
jsaenz@whytepllc.com

1045 Cheever Boulevard, Suite 103
San Antonio, TX  78217
Telephone:     210-562-2888
Facsimile:     210-562-2873

**ATTORNEY FOR PLAINTIFF**

-and-

**ZELLE LLP**

By:  /s/ Jennifer L. Gibbs
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Jennifer L. Gibbs
    Texas Bar No. 24050656
    jgibbs@zelle.com
    Bennett A. Moss
    Texas Bar No. 24099137
    bmoss@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:       214-742-3000
Facsimile:       214-760-8994

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the forgoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on October 16, 2018:

Marc K. Whyte
State Bar No. 24056526
Whyte PLLC
1045 Cheever Boulevard, Suite 103
San Antonio, TX  78217
Telephone:    210-562-2888
Facsimile:    210-562-2873
***Attorney for Plaintiff***

            */s/ Todd Tippett*
            Todd Tippett