# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **A&S SPRING VALLEY HOLDINGS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:17-CV-2841-L** |
| **THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and JOHN P. GAY,** | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is the parties' Agreed Motion to Dismiss With Prejudice, filed October 16, 2018. The court determines that the motion should be, and is hereby, **granted**. Accordingly, this action and all claims of Plaintiff against Defendant are **dismissed with prejudice.** The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 17th day of October, 2018.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**